■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. EILEEN SHARON KING, Admitted on June 20, 1984, at a Term of the Appellate Division, Second Department. [788 NYS2d 598]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 247 AD2d 158 (1998).]

■ In the Matter of STEVEN PHILIP RAPOPORT (Admitted as STEVEN PHILIP KATZ), a Suspended Attorney. [786 NYS2d 914]—Reinstatement denied. No opinion. Concur—Nardelli, J.P., Tom, Ellerin, Williams and Gonzalez, JJ.